# EXHIBIT N



# California Public Employees' Retirement System

## AMENDED EMPLOYER CERTIFICATION

| TO: CALPERS<br>P.O. BOX 942711<br>SACRAMENTO, CA 94229-2711 | From Agency Code and Name<br><br>Peralta Community College | |
|---|---|---|
| Member Name<br><br>Rona Young | Social Security Number<br><br>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 | Retirement Date<br><br>*11/10/2010* |

| Employee's Last Day on Payroll | Employee's Separation Date |
|---|---|
| 11 / 09 / 2010 | 11 / 09 / 2010 |

Balance of unused sick leave days    – 0 –

Balance of educational leave credits    n/a

---

_signature_
**Employer Signature**

11/10/2010
**Date**

HR Generalist
**Title**

510/466-7386
**Telephone Number**

BSD-200A



# Report of Separation and Advance Payroll Information

888 CalPERS (or 888-225-7377) • TTY for Speech and Hearing Impaired: (916) 795-3240

Employer: Please complete this form as soon as possible and return to CalPERS.

**Section 1**

Your cooperation in immediately providing an advance estimate of the requested information is critical for us to make accurate payment at the earliest possible date.

## Employing Agency and Member Information

Peralta Community College District
Name of Employing Agency

**This member has applied for disability retirement.**

KUNA   YOUNG
Name of Member (First Name, Middle Initial, Last Name)

11/10/2010
Requested Retirement Date (mm/dd/yyyy)

549 11 5688
Social Security Number

**Section 2**

Last day on pay status will be upon expiration of accrued sick leave or compensated time off.

## Effective Separation or Termination Dates

11/9/2010
Separation Date (mm/dd/yyyy)

11/10/2010
Termination Date (mm/dd/yyyy)

11/09/2010
Last Day on Pay Status (mm/dd/yyyy)

### Leave of Absence With Compensation

1/15/2010
Beginning Date (mm/dd/yyyy)

11/9/2010
Ending Date (mm/dd/yyyy)

**Fully paid: Industrial Leave, Sick, Floating Holidays and vacation.**
Type of Compensation

Explain the difference between the date of separation and last day on pay status, if any.

**Section 3**

## Unused Sick Leave at Time of Separation

Accumulated hours must be converted to days using the appropriate conversion factor applicable to each employee's individual classification or position. Calculate to three decimal places.

Balance of unused sick leave hours at time of separation:   0   ÷ a =   0
                                                           Hours          Days

**Section 4**

## Certification of Employer

The above information is based on payroll information currently available.

*Nancy Ce Pace*
Signature XXXXX XXX

HR Generalist
Title

11/10/2010
Date (mm/dd/yyyy)

(510)   466-7386
Phone Number

Rona Young
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

PERALTA COMMUNITY COLLEGE DISTRICT -- March 21, 2000

## PUBLIC INFORMATION OFFICER

### CLASS PURPOSE
Under direction OF THE Executive Director of Marketing, Public Relations and Communications, the Public Information Officer performs professional work in the coordination, development and implementation of the College's public information program. Performs related work as required.

### DISTINGUISHING CHARACTERISTICS
This class performs professional public relations work. The emphasis of this positionis on performing professional level work in the coordination, development and implementation of a College's public information program.

### EXAMPLES OF DUTIES
- plans, organizes, directs, coordinates, and promotes the College's public information program
- researches, gathers information, writes and edits articles, news releases, public service announcements (radio and television), news/feature stories, staff newsletter, production outlines, and other materials for review and/or approval of the Director
- writes,designs, layouts, edits, proofreads, and coordinates the publication and distribution of college publications, including college catalogs, college class schedules, handbooks, brochures, flyers, and advertising copies
- coordinates and arranges interviews with faculty, staff and others
- maintains liaison with local, state and national print and electronic media sources, as directed
- provides information to college and district staff about public events, classes and other campus-related news
- assists in the coordination of the college's public displays, booths, special events and receptions
- maintains and produces college calendar of events
- is responsible for various college and district marketing target lists
- represents the College and the District at public and private sector meetings and events related to community college relations, as directed
- attends District board meetings and other meetings as required
- coordinates, organizes and participates in community outreach activities that include public speaking and giving presentations at community, business and education events
- uses a personal computer utilizing desktop publishing, graphics programs and related software
- maintains media and college archival files
- assists in the coordination of printers, commercial artists, engravers and graphic artists, obtaining estimates and production bids from vendors

Rona Young
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

## MINIMUM QUALIFICATIONS

- education equivalent to a Bachelor's Degree from an accredited college or university in journalism, public relations, communications, English or related discipline and two (2) years of para-professional or professional experience involving organizing, administering, coordinating or promoting a public information program, including experience in media aor public relations, newspaper, radio or television journalism, composing news releases and articles; or an equivalent combination of education and qualifying experience that could likely provide the desired knowledge and abilities
- excellent command of correct English usage, grammar, composition, vocabulary, spelling and punctuation
- knowledge of and proficiency in the operation and use of personal computers utilizing desktop publishing, PageMaker, Microsoft Word, spreadsheet, database management software programs, and the internet; ability to operate scanners, laser printers and other related hardware
- knowledge of media organizations and public relations, marketing and information methods
- knowledge of photographic, audio and video equipment
- understanding of, sensitivity to, and respect for the diverse academic, socioeconomic, cultural, disability and ethnic backgrounds of clients

## DESIRABLE QUALIFICATIONS

- three to five years of professional experience involving organizing, administering, coordinating or promoting a public information program, including experience with media or public relations, newspaper, radio and television journalism, composing news releases and articles

Knowledge of:
- principles of program planning, management, administration and budget preparation and control
- techniques of preparing, producing and disseminating information, utilizing all major media principles and the techniques of establishing and maintaining good relationships with news media and other public groups
- current trends in advertising and marketing
- activities and interests of community groups and student organizations;
- newspaper, radio, television and other communicatons media resources
- basic principles of supervision
- terminology, procedures, theory of graphics and printing

Ability to:
- plan, organize, direct, and administer an effective public information program
- prepare clear, concise and effective articles and publications
- prepare and administer program budgets
- communicate clearly and effectively with staff and members of the media, both orally and in writing

Rona  Young      549−11−5688

- write, edit and prepare for publication news releases and articles about college activities
- analyze situations accurately and adopt an effective course of action
- direct, supervise, train and evaluate program personnel
- establish and maintain cooperative relationships with those contacted in the course of work

## WORKING CONDITIONS:

- office environment at a desk or computer terminal
- constant work around and with people
- occasional work alone
- frequent operation of a vehicle

## PHYSICAL DEMANDS

- frequent standing, walking, and reaching at high and low levels
- occasional sitting, climbing stairs, stooping, kneeling and squatting
- manual dexterity of hands and fingers to operate a computer keyboard
- seeing clearly to read normal and fine print, speaking clearly and distinctly to provide information in person or on the telephone, hearing and understanding voices over the telephone and in person
- frequent lifting, carrying, pushing, and pulling up to 50 lbs.

March 21, 2000

DEA # AR1782766 DEA # BW5519345 DEA # BA5280641
DEA # BG7918812 DEA # BK8939704 DEA # BT0980602

INTEGRATED PAIN MANAGEMENT MEDICAL GROUP, INC.

☐ JACOB A. ROSENBERG, M.D. ☐ LAWRENCE WEIL, M.D.
☐ KASRA AMIRDELFAN, M.D. ☐ DOUGLAS A. GRANT, M.D.
☐ KENNETH WON KIM, M.D. ☐ GLENHALL E. TAYLOR, M.D.

2485 HIGH SCHOOL AVENUE, SUITE 201
CONCORD, CA 94520
925-691-9806 FAX: 925-691-9807

CA LICENSE # C41230 CA LICENSE # G84326 CA LICENSE # A066427
CA LICENSE # A78859 CA LICENSE # A81692 CA LICENSE # G66235

NAME ____________

ADDRESS ____________ DATE 11/13/07

℞ (Please Print)

VOID VOID VOID VOID VOID

☐ LABEL

REFILL ____ TIMES PRN NR

☐ DO NOT SUBSTITUTE

TO INSURE BRAND NAME DISPENSING, CHECK AND INITIAL BOX

10-OCT-07 TRI071010_[illegible]

MAR 1 8 2010 *to CFD*

JAN 0 5 2010 *review : Horizon*

DEA # BA5280641   JARED Rosenberg CA Lic. # A068427
KARL BLUMENFELT, M.D.
2485 HIGH SCHOOL AVENUE
SUITE 201
CONCORD, CA 94520
925-691-9806   Fax: 925-691-9807   CP 570
882-3465

NAME Lona Yoon

ADDRESS_____   DATE 1/3/2010

VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID

MAR 1 6 2010

INTEGRATED PAIN MANAGEMENT MEDICAL GROUP, INC.

☐ JACOB A. ROSENBERG, M.D.
DEA # AR1782766, Lic. # C41230

☐ KASRA AMIRDELFAN, M.D.
DEA # BA5280641, Lic. # A066427

☐ KENNETH WON KIM, M.D.
DEA # BK8939704, Lic. # A81692

☐ ANN COTTRELL, M.D.
DEA # BC5482877, Lic. # G83970

☐ LAWRENCE WEIL, M.D.
DEA # BW5519345, Lic. # G84326

☐ DOUGLAS A. GRANT, M.D.
DEA # BG7918812, Lic. # A78359

☐ JEFF CHEN, M.D.
DEA # FC0366478, Lic. # A100382

☐ NEESHA DAVE, D.O.
DEA # BD9167912, Lic. # 20A8976

450 N. Wiget Avenue • Walnut Creek, CA 94598 • 925-691-9806 • Fax 925-691-9807

NAME _____

ADDRESS _____ DATE 4/2/10

℞ (Please Print)

Modified work —
Semisedent to wheelchair
Ponvel, no lift > 15lb
*** not available TTD

tjc  4/2/2010

☐ LABEL

REFILL ____ TIMES ____ PRN ____ NR

☐ DO NOT SUBSTITUTE   INITIALS _____

15-JUN-09

TRI090612-100562577-77_01_G9198_0001

NPI # _____

**INTEGRATED PAIN MANAGEMENT MEDICAL GROUP, INC.**
450 N. Wiget Avenue • Walnut Creek, CA 94598 • 925-691-9806 • Fax 925-691-9807

☐ Jacob A. Rosenberg, M.D.          ☐ Lawrence Weil, M.D.
DEA # AR1782766, License # C41350      DEA # BW5519345, License # G84326
☐ Kasra Amirdelfan, M.D.            ☐ Douglas A. Grant, M.D.
DEA # BA5280641, License # A066427     DEA # BG7918812, License # A78859
☐ Kenneth Won Kim, M.D.             ☐ Jeff Chen, M.D.
DEA # BK8939704, License # A81692      DEA # FC0364478, License # A100382
☐ Ann Cottrell, M.D.               ☐ Neesha Dave, D.O.
DEA # BC5482877, License # G83970      DEA # DD9167912, License # 20A8976

NAME  _Rona Young_

ADDRESS _____  DATE _3 | 29 | 2010_

℞ (Please Print)

TTD TTL My 15, 2010 —
unless sedentary position. I
wheel chair
os previous written available

☐ Label

REFILL _____ times      PRN      NR

☐ DO NOT SUBSTITUTE   INITIALS _____

01-OCT-09                TRX210003_100362577-79_01_70228_0001

*(handwritten top right)*

3/31 op (see to)

Addl Σ. Herizoo

3/30/10
Rona em to → Richmont

thru May
per Laura
Dr. Rosenberg's
OBOC.

4/14/10  Laura - Dr's OBOC.
will <del>see</del> call back

COPY
*WPH*
05/10/2010

# WEBSTER ORTHOPAEDIC MEDICAL GROUP

☐ 80 Grand Ave, #400 Oakland, California 94612 (510) 238-1200
☐ 5801 Norris Canyon Road, #210 San Ramon, California 94583 (925) 355-7350

## WORK / SCHOOL STATUS REPORT

Patients Name  Rona Young                          Date  4/29/2010

Employer / School  Peralta Community College District
Date of Injury  8/25/2009
Current Diagnosis  715.16  OSTEOARTHROSIS LOCALIZED PRIMARY INVOLVING LOWER
LEG

### TODAY'S TREATMENT

Other services prescribed by Attending Physician (indicate all applicable):
  a.  No other services authorized_____
  b.  Services ordered:      ☐ MRI      ☐ EMG      ☐ BONESCAN
  c.  Physical Therapy:      ☐ YES      ☐ No
  d.  Other services:_____

### WORK/ACTIVITY STATUS

1.  Patient may return to full duty/activities with no restrictions on:_____
2.  Patient may return to work/activities with:
      ☐ limitations   ☐ light/modified duty/activities  Date:_
  Number of hours per day:
      Typing limited to ___ hrs.          Lifting limited to _____ lbs.
  Limited:        ☐ Twisting        ☐ Bending      ☐ Stooping        ☐ Kneeling
                  ☐ Pinching        ☐ Climbing     ☐ Pulling         ☐ Grasping
                  ☐ Walking         ☐ Standing     ☐ Overhead work
                  ☐ Other limitaitons_____
3.  Patient is temporarily disabled until:        Date:  _____
4.  Next Appointment:

### SPECIAL INSTRUCTIONS

Due to upcoming knee surgery Ms Young will be out of work until she has
completed her post operative recovery. This may be up to 3-4 months after surgery up to
9/2010. We will reevaluate at intervals as indicated.

Signature: _____
State License No:  C27264                    Date: 4/29/2010

JUL 19 2010

# WEBSTER ORTHOPAEDIC MEDICAL GROUP

☐ 80 Grand Ave. #400   Oakland, California 94612   (510) 238-1200
☐ 5801 Norris Canyon Road, #210   San Ramon, California 94583   (925) 355-7350

## WORK / SCHOOL STATUS REPORT

Patients Name <u>Rona Young</u>                     Date   <u>7/16/2010</u>

Employer / School <u>Peralta Community College District</u>
Date of Injury   <u>8/25/2009</u>
Current Diagnosis <u>715.16  OSTEOARTHROSIS LOCALIZED PRIMARY INVOLVING LOWER LEG</u>

Other services prescribed by Attending Physician (indicate all applicable):
    a.  No other services authorized_____
    b.  Services ordered:      ☐ MRI     ☐ EMG     ☐ BONESCAN
    c.  Physical Therapy:     ☐ YES     ☐ No
    d.  Other services:_____

1.  Patient may return to full duty/activities with no restrictions on:_____
2.  Patient may return to work/activities with:
    ☐ limitations  ☐ light/modified duty/activities  Date:_
    Number of hours per day:
    Typing limited to ___ hrs.        Lifting limited to _____ lbs.
    Limited:     ☐ Twisting      ☐ Bending     ☐ Stooping      ☐ Kneeling
            ☐ Pinching     ☐ Climbing    ☐ Pulling       ☐ Grasping
            ☐ Walking      ☐ Standing    ☐ Overhead work
            ☐ Other limitaitons _____
3.  Patient is temporarily disabled until;      Date: _____
4.  Next Appointment: _____

    <u>Ms Young continues care for her knee and will continue to be on total temporary disability.</u>
<u>We will reevaluate in 6 weeks</u>
_____
_____

_____

Signature: _____
State License No:  C27264              Date: 7/16/2010

8/26/10 *(sent to*
*Harrison)*

# WEBSTER ORTHOPAEDIC MEDICAL GROUP

☐ 80 Grand Ave, #400  Oakland, California 94612  (510) 238-1200
☐ 5801 Norris Canyon Road, #210  San Ramon, California 94583  (925) 355-7350

## WORK / SCHOOL STATUS REPORT

Patients Name <u>Rona Young</u>                    Date  <u>8/25/2010</u>

Employer / School  <u>Peralta Community College District</u>
Date of Injury      <u>8/25/2009</u>
Current Diagnosis  <u>715.16   OSTEOARTHROSIS LOCALIZED PRIMARY INVOLVING LOWER
LEG</u>

### TODAY'S TREATMENT
Other services prescribed by Attending Physician (indicate all applicable):
  a.  No other services authorized_____
  b.  Services ordered:     ☐ MRI      ☐ EMG      ☐ BONESCAN
  c.  Physical Therapy:     ☐ YES      ☐ No
  d.  Other services:_____

### WORK/ACTIVITY STATUS
1.  Patient may return to full duty/activities with no restrictions on:_____
2.  Patient may return to work/activities with:
       ☐ limitations  ☐ light/modified duty/activities  Date:_
   Number of hours per day:
       Typing limited to ___ hrs.      Lifting limited to _____ lbs.
   Limited:    ☐ Twisting      ☐ Bending      ☐ Stooping      ☐ Kneeling
               ☐ Pinching      ☐ Climbing     ☐ Pulling       ☐ Grasping
               ☐ Walking       ☐ Standing     ☐ Overhead work
               ☐ Other limitaitons _____
3.  Patient is temporarily disabled until:      Date:
4.  Next Appointment:

### SPECIAL INSTRUCTIONS
   <u>Ms Young is medically stable to do desk work four hours per day but continue to be unable
to walk around campus.</u>

*She will be reasses in 6 weeks and continue PT, she would*
*need to be 2 time of P.T.*

Signature: _____                    Sarah Langbein PA-C
State License No:  <u>C27264</u>              Date:  <u>8/25/2010</u>   Thomas W. Peatman, M.D

# WEBSTER ORTHOPAEDIC MEDICAL GROUP

☐ 80 Grand Ave, #400 Oakland, California 94612 (610) 238-1200
☐ 5801 Norris Canyon Road, #210 San Ramon, California 94583 (925) 355-7350

*To: Dr. Jannett Jackson, President, College of Alameda Nancy Pak*

SEP 13 2010

SEP 13 2010 *C.H. Odenbro*
*J. Valentine*
*C. Purdich*

## WORK / SCHOOL STATUS REPORT

Patients Name  Rona Young                               Date  9/3/2010

Employer / School  Peralta Community College District
Date of Injury  8/25/2009
Current Diagnosis

### TODAY'S TREATMENT

Other services prescribed by Attending Physician (indicate all applicable):
- a. No other services authorized
- b. Services ordered:   ☐ MRI   ☐ EMG   ☐ BONESCAN
- c. Physical Therapy:   ☐ YES   ☐ No
- d. Other services:

### WORK/ACTIVITY STATUS

1. Patient may return to full duty/activities with no restrictions on:
2. Patient may return to work/activities with:
   ☐ limitations  ☐ light/modified duty/activities  Date:
   Number of hours per day:
   Typing limited to ___ hrs.     Lifting limited to _____ lbs.
   Limited:   ☐ Twisting   ☐ Bending   ☐ Stooping   ☐ Kneeling
             ☐ Pinching   ☐ Climbing  ☐ Pulling    ☐ Grasping
             ☐ Walking    ☐ Standing   ☐ Overhead work
             ☐ Other limitaitons
3. Patient is temporarily disabled until:   Date:
4. Next Appointment:

### SPECIAL INSTRUCTIONS

Off of work  pending trial of medication and physical therapy at this time she will be off untlll
10/15/10. At that point she will be reevaluated.

Sarah Langbein PA-C
for Thomas W. Peatman, M.D.

Signature:  Thomas Peatman.
State License No:  C27264                Date:  9/3/2010

3:58 PM    From: Thomas W Peatman                          Page 2 of 2

# WEBSTER ORTHOPEDICS

SEP 3 0 2010

☐ 80 Grand Ave, #400  Oakland, California 94612   (510) 238-1200
☐ 5801 Norris Canyon Road, #210   San Ramon, California 94583   (925) 355-7350

## WORK / SCHOOL STATUS REPORT

Patients Name Rona Young_____                 Date   9/30/2010_____

Employer / School  Peralta Community College District_____
Date of Injury       8/25/2009
Current Diagnosis  715.16  OSTEOARTHROSIS LOCALIZED PRIMARY INVOLVING LOWER
                            LEG

Other services prescribed by Attending Physician (indicate all applicable):
    a.  No other services authorized_____
    b.  Services ordered:      ☐ MRI      ☐ EMG      ☐ BONESCAN
    c.  Physical Therapy:    ☐ YES      ☐ No
    d.  Other services:_____

1.  Patient may return to full duty/activities with no restrictions on:_____
2.  Patient may return to work/activities with:
    ☐ limitations  ☐ light/modified duty/activities  Date:_
    Number of hours per day:
    .Typing limited to ___ hrs.        Lifting limited to _____ lbs.
    Limited:      ☐ Twisting       ☐ Bending      ☐ Stooping      ☐ Kneeling
              ☐ Pinching      ☐ Climbing     ☐ Pulling       ☐ Grasping
              ☐ Walking       ☐ Standing     ☐ Overhead work
              ☐ Other limitaitons _____
3.  Patient is temporarily disabled until:        Date:      _____
4.  Next Appointment: _____

Patient will return in a month for reevaluation. Her appointment is set up for 10/28/10

Signature:  Thomas W. Peatman.
State License No:  C27264_____        Date:  9/30/2010_____

OCT 16 2008

**WEBSTER ORTHOPAEDIC MEDICAL GROUP**

5801 NORRIS CANYON RD., SUITE #210

SAN RAMON, CA  94583

PHONE #: (925) 355-7350 FAX #: (925) 244-1457

*also emailed by*
*Rona*
*to Karen H &*
*Joanne B.*

PATIENT'S NAME: Rona Young          DATE: 15 Oct 08

EMPLOYER: Peralta Community College District

PHONE #: 510 466 7356   and   510 436 2501

FAX #: 510 466 7280          510 436 2415

DATE OF INJURY: 1/2007          DIAGNOSIS: _____

**WORK ACTIVITY STATUS:**

1. PATIENT MAY RETURN TO FULL DUTY STATUS: 1 Nov 08
2. PATIENT MAY RETURN TO LIGHT DUTY STATUS: _____
3. PATIENT MAY RETURN TO WORK WITH LIMITATIONS (SPECIFIED): _____

_____

_____

NEXT APPOINTMENT: _____

M.D. SIGNATURE: _____     DATE: 10-15-08

07/23/2008  04:32   5103360594                RONA YOUNG                                    PAGE  01

*WC*
*10/20/08*
*from*
*Rich Wagner*

**State of California**
Division of Workers' Compensation

**PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)**

Check the box(es) which indicate why you are submitting a report at this time  If the patient is "Permanent and Stationary" (i e., has reached maximum medical improvement): do not use this form  You may use DWC Form PR-3 or IMC Form 81556.
☑ Periodic Report (required 45 days after last report)  ☐ Change in treatment plan  ☐ Discharged
☐ Change in work status   ☐ Need for referral or consultation  ☐ Info. requested by:
☐ Change in patient's condition   ☐ Need for surgery or hospitalization  ☐ Other:

**Patient:**
Last  Young  First  Rona  M.I.   Sex F
Address 3360 Northwood Dr #D     Concord, CA 94520
Date of Injury 1/20/2007          Date of Birth 2/21/1957
Occupation          SS # 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          Phone (925) 349-4200

**Claims Administrator:**
Name Southern California Risk Management
Address 313  E. Foothill Blvd  Upland, CA 91786          Claim Number 0792000033
Phone: (909) 608-7171       FAX:
Employer name:    Employer phone:

The information below must be provided  You may use this form or you may substitute or append a narrative report.

**Subjective complaints:** More 3pms @ hams with keyboarding
Light Duty work not available.

**Objective findings:** Include significant physical examination, laboratory, imaging, or other diagnostic findings.
Wds heng medi. Tean medis super c/bar

**Diagnosis:**
1. Cubron Tunnel Syndm       ICD-9
2. Wris myofa81ITS          ICD-9
3.                          ICD-9

**Treatment Plan:** Include treatment rendered to date. List methods, frequency and duration of planned treatment(s). Specify consultation referral, surgery, and hospitalization  Identify each physician and non-physician provider. Specify type, frequency and duration of physical medicine services (e g., physical therapy, manipulation, acupuncture)  Use of CPT codes is encouraged  Have there been any changes to treatment plan?  If so, why?

— Flecm parel.

— rivemore  Cowns

**Work Status:** This patient has been instructed to
☑ Remain off-work until  11/10/08  ☐ Next appointment ___ ☐ Vocational Rehabilitation
☐ Return to modified work on  with the following limitations or restrictions (List all specific conditions re  standing, sitting, bending, use of hands, etc.)
☐ Return to full duty on    with no limitations or restrictions

**Primary Treating Physician:** (original signature, do not stamp)  Date of exam :  9-3-08
I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code § 139.3.
Signature _____ Cal. Lic
Executed at  40 - San Ramon 3568  Date
Name: J. Theodore Schwartz, M.D., Specialty:  Orthopaedic Hand Surgeon
Address 4801 Norris Canyon Road Suite 210 San Ramon, CA 94583  Phone: (925) 355-7358

Next report due no later than



OCT 1 0 2008

UNIVERSITY OF CALIFORNIA, SAN FRANCISCO

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO          SANTA BARBARA · SANTA CRUZ

ALISA M. YEE, MD                                                    HELEN DILLER FAMILY COMPREHENSIVE CANCER CENTER
SURGICAL ONCOLOGY                                                    1600 DIVISADERO STREET, 4TH FLOOR
                                                                     SAN FRANCISCO, CA 94115

                                                                     PHONE: (415) 353-9286
                                                                     FAX: (415) 353-3454
                                                                     EMAIL: alisa.yee@ucsfmedctr.org

Date:  October 9, 2008

To:  Whom It May Concern

Re:  Rona Young (DOB 5/2/1957)

Message:

Rona Young had major abdominal surgery in May 2007. Her last clinic visit was in November 29, 2007. At that time, she was cleared to return to work. If you have any questions, please feel free to contact my office, 415-353-9286.

Sincerely,

Alisa M. Yee, MD
UC San Francisco Medical Center
Helen Diller Family Comprehensive Cancer Center
1600 Divisadero St, 4th floor
San Francisco, CA 94115

State of California

Division of Workers' Compensation

**PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)**

*9/4/08*
*Recd N' Risk reged*

Check the box(es) which indicate why you are submitting a report at this time  If the patient is "Permanent and Stationary" (i e., has reached maximum medical improvement), do not use this form  You may use DWC Form PR-3 or IMC Form 81556.

☐ Periodic Report (required 45 days after last report)   ☐ Change in treatment plan   ☐ Discharged
☐ Change in work status   ☐ Need for referral or consultation   ☐ Info. requested by:
☐ Change in patient's condition   ☐ Need for surgery or hospitalization   ☐ Other:

**Patient:**
Last  Young  First  Rona  M.I.    Sex F
Address 3300 Northwood Dr #D   Concord, CA 94520
Date of Injury  1/20/2007    Date of Birth 5/2/1957
Occupation    SS # 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
Phone (925) 349-9390

**Claims Administrator:**
Name Southern California Risk Management
Address 313 E. Foothill Blvd   Upland, CA 91786    Claim Number 0792000032
Phone: (909) 608-7171    FAX:
Employer name:    Employer phone:

The information below, must be provided  You may use this form or you may substitute or append a narrative report.

**Subjective complaints:**

*Increases Numbness @ since and by tips perssions
pain with repetitive use.*

**Objective findings:** *(include significant physical examination, laboratory, imaging, or other diagnostic findings.)*

*Tenor nucler aspect @ elbow. Decreses*

**Diagnoses:**    *Sensory @ since @ tip fpr*
1. *Cubital Tunnel Syn*    ICD-9
2. *Wrist Tendiniits*    ICD-9
    ICD-9

**Treatment Plan:** (Include treatment rendered to date. List methods, frequency and duration of planned treatment(s). Specify consultation referral, surgery, and hospitalization. *Identify each physician and non-physician provider.* Specify type, frequency and duration of physical medicine services (e.g., physical therapy, manipulation, acupuncture). Use of CPT codes is encouraged  Have there been any changes in treatment plan? If so, why?

*- May benefit VPC,
fiblet cupver          - QME in 10/08
- Ergonomic ennision   - P+s 10/08*

**Work Status:** This patient has been instructed to          *Psas for Dr. Rosandong*
☐ Remain off-work until  *9/11/08*  ☐ Next appointment _____  ☐ Vocational Rehabilitation
☐ Return to modified work on ___ with the following restrictions (List all specific restrictions re: standing, sitting, bending, use of hands, etc.):
☐ Return to full duty on ___ with no limitations or restrictions

**Primary Treating Physician:** (original signature, do not stamp)   Date of exam  *7/23/08*
I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code § 139.3.
Signature _____    Cal. Lic
Executed at: 40 - San Ramon 5801  Date:
Name:  J. Theodore Schwartz M.D. Specialty:  Orthopaedic Hand Surgeon
Address 5801 Norris Canyon Road Suite 210 San Ramon, CA 94583  Phone: (925) 355-7350

Next report due no later than

06/23/2008  10:19   4362514                        MERRITT COLLEGE                PAGE  04
06/22/2008  07:10   5103360594                      RONA YOUNG                     PAGE  01

### State of California
#### Division of Workers' Compensation
## PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)

Check the box(es) which indicate why you are submitting a report at this time. If the patient is "Permanent and Stationary" (i.e., has reached maximum medical improvement), do not use this form. You may use DWC Form PR-3 or IMC Form 81556.

☑ Periodic Report (required 45 days after last report)   ☑ Change in treatment plan   ☐ Discharged
☐ Change in work status        ☐ Need for referral or consultation   ☐ Info. requested  by:
☑ Change in patient's condition      ☐ Need for surgery or hospitalization   ☐ Other:

**Patient:**
Last  Young  First  Rona  M.I.   Sex F
Address 3390 Northwood Dr #D    Concord, CA 94520
Date of Injury 1/20/2007      Date of Birth 3/7/1967
Occupation       SS # 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      Phone (925) 349-5590

**Claims Administrator:**
Name Southern California Risk Management
Address 313 E. Foothill Blvd   Upland, CA 91786      Claim Number 0792800013
Phone: (909) 608-7171          FAX:
Employer name:    Employer phone:

The information below must be provided. You may use this form or you may substitute or append a narrative report.

**Subjective complaints:**

Numbness and weakness @ hand persists

**Objective findings:** (Include significant physical examination, laboratory, imaging, or other diagnostic findings.)

was long well.   Tinan median aspect @ hand.

**Diagnoses:**

Cubital Tunnel Surgery   ICD-9
Forearm myositis ?      ICD-9
                        ICD-9

**Treatment Plan:** (Include treatment rendered to date. List methods, frequency and duration of planned treatment(s). Specify consultation referral, surgery, and hospitalization, identify need physician and non-physician providers. Specify type, frequency and duration of physical medicine services (e.g. physical therapy, manipulation, acupuncture). Use of CPT codes is encouraged. Treat items here any changes in treatment plan? If so, why?

- P.T. 1/wk x 6wk.              - Rx ↑ 8/08

**Work Status:** This patient has been instructed to
☑ Remain off work until 9/08  ☐ Next appointment ____   ☐ Vocational rehabilitation   PR-3 per Dr. Rosenberg
☐ Return to modified work on ____ with the following limitations or restrictions (List all specific restrictions re: standing, sitting, bending, use of hands, etc.)
☑ Return to full duty on ____ with no limitations or restrictions.

**Primary Treating Physician:** (original signature, (or red stamp)  Date of exam:  5/21/08
I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code § 139.3.

Signature _____     Cal. Lic
Executed at: ____ on ____  Date ____
Name:  J. Theodore Schwartz, M.D. Specialty:  Orthopedic Hand Surgeon
Address:3501 Norris Canyon Road Suite 310 San Ramon, CA 94583  Phone: (925) 350-7800

Next report due no later than

To: Dr. Adams
    Joanne Baldinelli
    Nancy Pak
    Janine Sneed

05/22/2008  07:12   5103360594          RONA YOUNG                    PAGE  01

State of California

Division of Workers' Compensation

5/22/08 C: Cymara

**PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)**

Check the box(es) which indicate why you are submitting a report at this time  If the patient is "Permanent and Stationary" (i.e., has reached maximum medical improvement), do not use this form  You may use DWC Form PR-3 or IMC Form 81556.

☑ Periodic Report (required 45 days after last report)  ☐ Change in treatment plan  ☐ Discharged
☐ Change in work status  ☐ Need for referral or consultation  ☐ Info. requested  by:
☐ Change in patient's condition  ☐ Need for surgery or hospitalization  ☐ Other:

**Patient:**
Last  Young  First  Rona  M.I.  Sex F
Address 3300 Northwood Dr #D   Concord, CA 94520
Date of Injury 1/20/2007        Date of Birth 3/2/1957
Occupation          SS # 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        Phone (925) 349-9398

**Claims Administrator:**
Name Southern California Risk Management                    Claim Number 0792000032
Address  313  E. Foothill Blvd  Upland, CA 91786
Phone: (909) 608-7171        FAX:
Employer name:    Employer phone:

The information below must be provided  You may use this form or you may substitute or append a narrative report.

**Subjective complaints:**
Numbness and weakness @ hand persisting

**Objective findings:** (include significant physical examination, laboratory, imaging, or other diagnostic findings.)
was long neck.   Tenser medial aspect @ hand.

**Diagnoses:**
1. Cubital Tunnel Syndrome   ICD-9
2. forearm myotendinitis   ICD-9
3.   ICD-9

**Treatment Plan:** (include treatment rendered to date. List methods, frequency and duration of planned treatment(s). Specify consultation referral, surgery, and hospitalization. Identify each physician and non-physician provider. Specify type, frequency and duration of physical medicine services (e.g., physical therapy, manipulation, acupuncture). Use of CPT codes is encouraged  Have there been any changes in treatment plan? If so, why?

- P.T. 1/wh x 6wh.              - Prs = 8/08

**Work Status:** This patient has been instructed to      Prs per Dr. Rosenberg
☑ Remain off work until  8/15/8   ☐ Next appointment ____   ☐ Vocational Rehabilitation ____
☐ Return to modified work on  with the following limitations or restrictions (List all specific restrictions re: standing, sitting, bending, use of hands, etc.):
☐ Return to full duty on  with no limitations or restrictions.

**Primary Treating Physician:** (original signature, do not stamp)  Date of exam: 5/21/08
I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code § 139.3.
Signature: _____  Cal. Lic
Executed at: 40 - San Ramon 6801  Date
Name: J. Theodore Schwartz, M.D. Specialty:  Orthopaedic Hand Surgeon
Address 6801 Norris Canyon Road Suite 210 San Ramon, CA 94583  Phone: (925) 358-7350
Next report due no later than

To: Dr. Adams
Joanne Baldinelli
Nancy Park
Janine Sneed

02/09/2008  15:30  5103360594                    RONA  YOUNG                         PAGE   01

FEB 2 0 2008

# State of California
## Division of Workers' Compensation
## PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)

Check the box(es) which indicate why you are submitting a report at this time. If the patient is "Permanent and Stationary" (i.e., has reached maximum medical improvement), do not use this form. You may use DWC Form PR-3 or IMC Form 81556.

☑ Periodic Report (required 45 days after last report)   ☐ Change in treatment plan   ☐ Discharged
☐ Change in work status   ☐ Need for referral or consultation   ☐ Info. requested by:
☐ Change in patient's condition   ☐ Need for surgery or hospitalization   ☐ Other:

**Patient:**
Last  Young First **Rona** M.I.  Sex F
Address 110 Fairview Ave    Bay Point, CA 94565
Date of Injury  1/20/2007    Date of Birth 5/2/1957
Occupation    SS # 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    Phone (510) 485-8470

**Claims Administrator:**
Name Southern California Risk Management    Claim Number 0792000032
Address 313 E. Foothill Blvd   Upland, CA 91786
Phone: (909) 608-7171    FAX:
Employer name:   Employer phone:

The information below must be provided. You may use this form or you may substitute or append a narrative report.

**Subjective:** S/P left ulnar nerve release on 12/20/07. Pain in medial aspect of left elbow improving following surgery. Residual numbness at left small and ring fingers.

**Objective:** Wound healing well without evidence of infection. Decreased sensation to light touch at left ring and small fingers. Mild TTP over medial elbow.

**Diagnosis:**
1. S/P Left ulnar nerve release    ICD-9
2.    ICD-9
3.    ICD-9

**Treatment Plan:** (include treatment rendered to date. List methods, frequency and duration of planned treatment(s). Specify consultation/referral, surgery, and hospitalization (ideally) each physician and non-physician provider. Specify type, frequency and duration of physical medicine services (e.g., physical therapy, manipulation, acupuncture). Use of CPT codes is encouraged. Have there been any changes in treatment plan? If so, why?
Patient to continue physical therapy 2x/week for 6 weeks. Pain managed by Dr. Rosenborg. Patient to return to clinic in 6 weeks. P & S six months after surgery.

**Work Status:** This patient has been instructed to
☑ Remain off-work until 3/1/08   ☐ Next appointment   ☑ Vocational Rehabilitation
☐ Return to modified work on   with the following limitations or restrictions (List all specific restrictions re: standing, sitting, bending, use of hands, etc.)
☐ Return to full duty on   with no limitations or restrictions

**Primary Treating Physician:** (original signature, do not stamp) Date of exam.  2/20/08
I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code § 139.3
Signature    Cal. Lic
Executed at Oakland, Alameda County, California Date
Name J. Theodore Schwartz JR MD    Specialty  Hand Surgery/
Address Webster Orthopaedic Medical Group. 8921 Norris Canyon Rd Suite 210,San Ramon, CA 94583 Phone 925-355-7350
Next report due no later than

OFFICE OF HUMAN RESOURCES

2008 FEB 20 P 3 08

RECEIVED

TO: Nancy Pak
Jo anne Baldinelli
Dr. Robert Adams

01/14/2008  03:24    5103360594              RONA YOUNG                    PAGE  01

JAN 1 4 2008 *C: J. Baldinelli*
*310 C.*

## State of California
### Division of Workers' Compensation
## PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)

Check the boxes(s) which indicate why you are submitting a report at this time  If the patient is "Permanent and Stationary" (i.e., has reached maximum medical improvement), do not use this form  You may use DWC Form PR-3 or DWC Form 81556.

☑ Periodic Report (required 45 days after last report)  ☐ Change in treatment plan  ☐ Discharged
☐ Change in work status  ☐ Need for referral or consultation  ☐ Info. requested  by:
☐ Change in patient's condition  ☐ Need for surgery or hospitalization  ☐ Other:

**Patient:**
Last  Young First  Rona M.I.  Sex F
Address 3300 Northwood Dr #D   Concord, CA 94520
Date of Injury 1/30/2007           Date of Birth 5/2/1957
Occupation           SS # 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           Phone (925) ~~347-9090~~ 429 16.52

**Claims Administrator:**
Name Southern California Risk Management           Claim Number 0792600032
Address 313 E. Foothill Blvd   Upland, CA 91786
Phone: (909) 608-7171           FAX:
Employer name:           Employer phone:

The information below must be provided  You may use this form or you may substitute or append a narrative report.

**Subjective complaints:**
Notes pain @ elbow improving

**Objective findings:** (include significant physical examination, laboratory, imaging, or other diagnostic findings.)
~~pain~~ wound healy well. Sutures removed.

**Diagnoses:**
1.  post.op                         ICD-9
2                                    ICD-9
3                                    ICD-9

**Treatment Plan:** (include treatment rendered to date. List methods, frequency and duration of planned treatment(s). Specify consultation referral, surgery, and hospitalization. Identify each physician and non-physician provider. Specify type, frequency and duration of physical medicine services (e.g., physical therapy, manipulation, acupuncture). Use of CPT codes is encouraged  Have there been any changes in treatment plan? If so, why?

- LAC

- reevaluate / aid

**Work Status:** This patient has been instructed to
☑ Remain off-work until  3/1/08 ☐ Next appointment _____   ☐ Vocational Rehabilitation
☐ Return to modified work on   with the following limitations or restrictions (List all specific restrictions re: standing, sitting, bending, use of hands, etc.):
☐ Return to full duty on   with no limitations or restrictions.

**Primary Treating Physician:** (original signature, do not stamp)  Date of exam:  1/7/08
I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code § 139.3.
Signature:           Cal. Lic
Executed at:  40 - San Ramon 5801  Date
Name:  J. Theodore Schwartz, M.D. Specialty:  Orthopedic Hand Surgeon
Address 5801 Norris Canyon Road Suite 210 San Ramon, CA 94583  Phone: (925) 355-7250

Next report due no later than

*Nancy Park*

Nov 14 2007 11:55AM  Merritt College - PCCD     510-436-2405     P.1

NOV 14 2007  *C. J. Bardinelli*                To: Nancy Pak
*Date*                    State of California
                   Division of Workers' Compensation
PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)

Check the boxes which indicate why you are submitting a report at this time. If the patient is "Permanent and Stationary" (i.e., has reached maximum medical improvement), do not use this form. You may use DWC Form PR-3 or IMC Form 81556.

☐ Periodic Report (required 45 days after last report)  ☐ Change in treatment plan  ☐ Discharged
☐ Change in work status  ☐ Need for referral or consultation  ☐ Info. requested by:
☐ Change in patient's condition  ☒ Need for surgery or hospitalization  ☐ Other:

**Patient:**
Last  Young  First Rona  M.I.   Sex F
Address 3300 Northwood Dr #D   Concord, CA 94520
Date of Injury 1/20/2007     Date of Birth 5/2/1957
Occupation       SS # 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       Phone (925) 349-9390

**Claims Administrator:**
Name Southern California Risk Management       Claim Number 0792000032
Address 313 E. Foothill Blvd  Upland, CA 91786
Phone: (909) 608-7171       FAX:
Employer name:   Employer phone:

The information below must be provided. You may use this form or you may substitute or append a narrative report.

**Subjective complaints:** *Pain @ elbow. Numbness @ small and ring finger.*

**Objective findings:** *(include significant physical examination, laboratory, imaging or other diagnostic findings.)*
*⊕ Tinel's @ medial elbow. Decreased sensory*
**Diagnoses:** *@ small and ring finger*
1. *Cubital Tunnel Syndrome*     ICD-9
2.                ICD-9
3.                ICD-9

**Treatment Plan** (Include treatment rendered to date. List methods, frequency and duration of planned treatment(s). Specify consultation referral, surgery, and hospitalization. *Identify each physician and non-physician provider.* Specify type, frequency and duration of physical medicine services (e.g., physical therapy, manipulation, acupuncture). Use of CPT codes is encouraged. Have there been any *changes* in treatment plan? If so, why?

*— ① Ulnar nerve release + SMT.*
*— R/s 6 mos surgery*
                  *As per Dr. Rosenburg.*

**Work Status:** This patient *has* been instructed to
☒ Remain off-work until 2/1/08.  ☐ Next appointment _____  ☐ Vocational Rehabilitation
☐ Return to *modified* work on ____ with the following limitations or restrictions (List all specific restrictions re: standing, sitting, bending, use of hands, etc.):
☐ Return to full duty on ____ with no limitations or restrictions.

**Primary Treating Physician:** (original signature, do not stamp)  Date of exam: *11/14/07*
I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code § 139.3.
Signature _____  Cal. Lic
Executed at: 40 - San Ramon 5801  Date
Name: J. Theodore Schwartz, M.D. Specialty· Orthopaedic Hand Surgeon
Address 5801 Norris Canyon Road Suite 210 San Ramon, CA 94583  Phone: (925) 355-7350

Next report due no later than

NOV 0 5 2007     C. 3tw
                 joanne P.

# UNIVERSITY OF CALIFORNIA, SAN FRANCISCO

BERKELEY • DAVIS • IRVINE • LOS ANGELES • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

ALISA M. YEE, NP
GI SURGICAL ONCOLOGY

UCSF COMPREHENSIVE CANCER CENTER
1600 DIVISADERO STREET, 4TH FLOOR
SAN FRANCISCO, CA. 94115

PHONE (415) 353-9286 -
FAX (415) 353-3454
E-MAIL. YEEA@SURGERY.UCSF.EDU

Date:  August 31, 2007

To:  Dr Robert Adams (fax 510-436-2514)

Fr:  Alisa Yee, NP

Re: Rona Young

Comments:

Rona Young was recently seen in our office. She is medically cleared to work no more
than 6 hours in the office with lifting restrictions not to exceed 10 pounds.
Please feel free to call me at 415-353-9286 with any questions.

Sincerely,

Alisa M. Yee, NP
UC San Francisco Medical Center
1600 Divisadero St, 4th floor Comprehensive Cancer Center
San Francisco, CA 94115

NOV 0 5 2007 *C: 3(2)*
*Joanne B.*

02/22/2007  17:58  5100360594       RONA YOUNG                    PAGE  01

---

## UNIVERSITY OF CALIFORNIA, SAN FRANCISCO

BERKELEY • DAVIS • IRVINE • LOS ANGELES • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

ALISA M. YEE, NP
GI SURGICAL ONCOLOGY

UCSF CO-DPREHENSIVE CANCER CENTER
1600 DIVISADERO STREET  4TH FLOOR
SAN FRANCISCO CA 94115

PHONE (415)353-9256
FAX (415)353-9654
EMAIL: YEEA@SURGERY.UCSF.EDU

Date:  July 16, 2007

To: Employer to: Rona Young

Fr:  Alisa Yee, NP

Re: Rona Young DOB 5/2/1957

### Comments:

This is a medical release to allow Rona Young to work starting on Monday July 23, 2007 for no more than four hours per day. She will be able to tolerate working from home for no more than two hours and working at the college for no more than two hours per day.  If you have any questions, feel free to call me at 415-353-9256.

Sincerely,

*Alisa M Yee*

Alisa M Yee, NP
UC San Francisco Medical Center
1600 Divisadero St, 4th floor Comprehensive Cancer Center
San Francisco CA 94115

NOV 0 5 2007 *C. zic*

*Jarne B.*

01/30/2007  11:45   5103358591          POHA YOUNG                    PAGE  02

## UNIVERSITY OF CALIFORNIA, SAN FRANCISCO

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO          SANTA BARBARA · SANTA CRUZ

ALISA M. YEE, NP
HEMATOLOGICAL ONCOLOGY

UCSF COMPREHENSIVE CANCER CENTER
1539 DIVISADERO STREET · 4TH FLOOR
SAN FRANCISCO CA 94115

PHONE (415) 353-9286
FAX (415) 353-9394
E-MAIL: YEEA@SURGERY.UCSF.EDU

Date:  June 22, 2007

To:  Employer for Rona Young

Fr:  Alisa Yee, NP

Re: Rona Young  DOB 5/2.1957

### Comments:

This is a medical release to allow Rona Young to work for no more than four hours per day. She had major abdominal surgery and is still recovering, however, she will be able to tolerate working from home with limited hours. If you have any questions, feel free to call me at 415-353-9286.

Sincerely,

*Alisa M. Yee*

Alisa M. Yee, NP
UC San Francisco Medical Center
1600 Divisadero St, 4th floor Comprehensive Cancer Center
San Francisco CA 94115

OCT.31.2007   2:30PM   IPM          NO.531   P.1

RCV 0 1 2007  *c G Baldinelli*

# IPM MEDICAL GROUP, INC.

JACOB ROSENBERG, M.D.
LAWRENCE WEIL, M.D.
KASRA AMIRDELFAN, M.D.
DOUGLAS GRANT, M.D.
KENNETH KIM, M.D.
GLENNHALL TAYLOR, M.D.
ADRIAN BARTOLI, M.D.

---

## FACSIMILE TRANSMITTAL SHEET

TO: *Nancy Pak*          FROM: *Rosenberg*

COMPANY: *Peralta Community College District*          DATE:

FAX NUMBER: *510 466 7211  (466 7280)*          TOTAL NO. OF PAGES INCLUDING COVER:

PHONE NUMBER: *510 466 7386*          SENDER'S PHONE NUMBER: (925) 691-9806

RE: *Patient's Visit for Workers Compensation Cases*          SENDER'S FAX NUMBER: (925) 691-9807

☑ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

*#2 ulnar nerve*          *#1 Back/Leg*

*4/3*          *4/24*
*4/26*          *5/1*
*5/22*          *5/10*
*6/26*          *5/11  8X*
*9/4*          *6/7*
*10/2*          *07/31*
*10/31*          *9/18*

The Document accompanying this transmission contains confidential health care information that is legally privileged. This information is intended for the individual or entity above. The authorized recipient of this information is prohibited by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you have received this transmission in error, please contact sender immediately.

2485 HIGH SCHOOL AVE., STE. 201, CONCORD, CA. 94520



# WORK STATUS/CAPACITIES & RESTRICTIONS
### Integrated Pain Management, Inc.  tele: (925) 691-9806

**WILL BE COMPLETED AND FAXED WITHIN 24 HOURS** of exam date to Insurer/TPA and/or RTW Coordinator

To/fax#: _____ Claim # _____ This Exam Date: 4/24/07

Employee: Rona Young _____ Date of Injury: _____ Next Exam Date: 5/08/07

Ins. Carrier: _____ Employer: _____ ER's RTW Coord'r: _____

**MEDICAL PROVIDER'S COMMENTS:**   (please find circled or short reply with current estimate of each capacity)

"I have examined the above-named employee.   **THE WORK RESTRICTIONS DESCRIBED HERE** are considered by this physician  PERMANENT _____ or TEMPORARY _____"

This patient's **FUNCTIONAL WORK STATUS** is currently as follows:

☐ Released to Full Duty

☐ Released to Modified/Temp. Transitional Work *(see work restrictions & capacities indicated below)* Hours per day, if FEWER/other than Full-Time: _____

☐ Total Temporary Disability, FOR NOW — Medically Precluded from ALL workplace activities Estimated Release Date: _____ (to either, circle one): Full Duty / Transitional Work

## Observe these WORK RESTRICTIONS AND WORK CAPACITIES as follows:

**IF NO RESTRICTIONS OR N/A,**
**Check the Box**

☐  May STAND/WALK:            YES, up to _____ hours/day INTERMITTENTLY** _____ OR
                              on a CONTINUOUS _____ BASIS  /  NOT AT PRESENT

☐  May  BEND/TWIST the NECK :        YES, up to_____ hours/day  / ** /  NOT AT PRESENT
☐  May  WAIST BEND/TWIST/STOOP:      YES, up to_____ hours/day  / ** /  NOT AT PRESENT
☐  May  LIFT and/or CARRY:        YES, up to ___ pounds,_____ hours/day / ** /  NOT AT PRESENT
☐  May  PUSH/PULL:             YES, up to ___ pounds,_____ hours/day / ** /  NOT AT PRESENT

☐  May  SIT:             YES, up to_____ hours/day and should ALTERNATE POSITIONS
                      (from sit to stand/walk) at least every _____minutes  /  NOT AT PRESENT

☐  May  REACH above shoulder level:  LEFT _____ RIGHT_____  / ** /  NOT AT PRESENT

☐  May use ARMS, LEFT/RIGHT, to: _____

☐  May use HANDS, LEFT/RIGHT, to: _____

☐  May use KEYBOARD:  YES, up to _____ hours/day INTERMITTENTLY** OR NOT AT PRESENT
☐  May  DRIVE*:   YES, up to _____ minutes each way / hours/day: _____ / NOT AT THIS TIME
      * or operate heavy moving equipment

**INTERMITTENTLY:** performing activity for intervals of up to 15 minutes then alternating with breaks/ other activities.

...ments on limitations: ____ 1 week TTD 2° Sympt flare _____

_____ CBC + (?) le _____

Amb Rosenberg _____ Rona _____ _____
Medical Provider (Please Print)          (SIGNATURE)              Today's Date



MAY 24 2007 _K. Anderson_

MAY 2 4 2007



# MERRITT COLLEGE
## Office of the President



May 22, 2007

**MEMORANDUM**

**TO:**      Wyman Fong
            Joanne Baldinelli

**FROM:**    President George Herring

**SUBJECT:** Letter from Rona Young's Physician

---

Attached, for your information, is a letter I received from Rona Young's physician.

What are the colleges options to bring in a replacement during the period Ms. Young will be absent from work?  I would appreciate a response as soon as possible.


GH:jpb
Attachment

MAY 2 4 2007

MAY 2 4 2007  *Joyce*

6/28/07 - J. Siebert

# UNIVERSITY OF CALIFORNIA, SAN FRANCISCO

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO          SANTA BARBARA · SANTA CRUZ

ALISA M. YEE, NP
GI SURGICAL ONCOLOGY

UCSF COMPREHENSIVE CANCER CENTER
1600 DIVISADERO STREET, 4TH FLOOR
SAN FRANCISCO, CA 94115

PHONE: (415) 353-9286
FAX (415) 353-3454
E-MAIL: YEEA@SURGERY.UCSF.EDU

Date: 5/22/2007

To: Dr. George Hering   (fax 510-436-2514)

Fr: Alisa Yee, NP

Re: employee Rona Young

**Comments:**

Rona Young will be undergoing major abdominal surgery at the University of California, San Francisco Medical Center on May 24h by surgeon Dr. Robert Warren. Ms. Young's hospitalization will likely be for 10 days followed by recuperation at home for approximately 6-8 weeks. She will not be able to perform her usual work duties during this time. If you have any questions, feel free to call me at 415-353-9286.

Sincerely,

Alisa M. Yee, NP
UC San Francisco Medical Center
1600 Divisadero St, 4th floor Comprehensive Cancer Center
San Francisco, CA 94115

# Medical Group Inc.

Gar Wynne, M.D. • Richard Welch, M.D. • Joseph Haggerty, M.D.
James Zucherman, M.D. • William McGann, M.D. • Ken Y. Hsu, M.D.
William Montgomery, III, M.D. • Kenneth H. Akizuki, M.D.
Peter A. Badue, PA-C

One Shrader Street, Suite 650
San Francisco, CA 94117
Telephone (415) 221-0665

One Shrader Street, 4th Floor
San Francisco, CA 94117
Telephone (415) 750-5835
(415) 750-5836

Name _Mr Robert Young_    Date _Feb_ 20 _05_

Address _____

Rx May return to 4 hours/day
in FEBRUARY 7, 2005
every other day work
in office ( 3 days in WEEK )
2 days AT HOME
No LIFTING more than 10 lbs

Reg.  No  AW  472336Y
Reg.  No  AW  1402471
Reg.  No. AH  4745650
Reg.  No. AZ  1500130
Reg.  No. AM  2670322
Reg.  No. BH  0607181
Reg.  No. BM  2871445
Reg.  No. BA  4928985
CA Lic. No. PA  12271

_____ M.D.

01/17/2005  03:12    5103360594              RONA YOUNG                    PAGE  01

# San Francisco Orthopaedic Surgeons
## Medical Group Inc.

Gar Wynne, M.D. • Richard Welch, M.D. • Joseph Haggerty, M.D.
James Zucherman, M.D. • William McGann, M.D. • Ken Y. Hsu, M.D.
William Montgomery, III, M.D. • Kenneth H. Akizuki, M.D.
Peter A. Badua, PA-C

One Shrader Street, Suite 650                    One Shrader Street, 4th Floor
San Francisco, CA 94117                          San Francisco, CA 94117
Telephone (415) 221-0666                         Telephone (415) 750-5836
                                                         (415) 750-5835

Name  _____

Address _____  Date _____ 20 ___

Rx

Reg. No. AW  472336
Reg. No. AW  1402471
Reg. No. AH  4745850
Reg. No. AZ  1600130
Reg. No. AM  2870322
Reg. No. BH  06B71B1
Reg. No. BM  2671445
Reg. No. BA  4928985
CA Lic. No. PA  12271

                                                                    M.D.

# San Francisco Orthopaedic Surgeons
## Medical Group Inc.

Gar Wynne, M.D. • Richard Welch, M.D. • Joseph Haggerty, M.D.
James Zucherman, M.D. • William McGann, M.D. • Ken Y. Hsu, M.D.
William Montgomery, III, M.D. • Matthew D. Hannibal, M.D.
Peter A. Badua, PA-C • Mylinh Bui, PA-C • John H. Kim, PA-C

One Shrader Street, Suite 650
San Francisco, CA 94117
Telephone (415) 221-0665

One Shrader Street, 4th Floor
San Francisco, CA 94117
Telephone (415) 750-5835
(415) 750-5836

Name _Cora Young_    Date _8/4_ 20 _04_

Address _____

℞

off work until
10/4/04

Reg.   No. AW   4723361
Reg.   No. AW   1402471
Reg.   No. AH   4745850
Reg.   No. AZ   1600130
Reg.   No. AM   2870322
Reg.   No. BH   0687181
Reg.   No. BM   2671445
Reg.   No. BH   7755676
CA Lic. No. PA   12271
CA Lic. No. PA   17224
CA Lic. No. PA   17379

_Ken_ _____ M.D.

RECEIVED     PECH
AUG 1 7 2004
HUMAN     RESOURCES

To: Nancy Pak, Carol Green & ~~Jennifer Saibe~~

From: Rona Young

Re: Disability Claim

Date: 11 April 2005

Attached are doctor's certifications from Dr. Ken Hsu and a claim follow-up from Standard Insurance.

Dr. Hsu has a certification for last week excusing work, as well as taking me off from work until May 2, 2005 when I would resume my reduced schedule..

I do intend to keep my medical benefit

Please let Ms. Bragg (whom you will receive a phone call or email from today) know when SCRMA should pay me directly for the April disbursements.

I also need more information about FMLA ..





[800]878 2312

March 31, 2005

RONA YOUNG
4000 MIDVALE AVE
OAKLAND, CA  94602

Re:   PERALTA COMMUNITY COLLEGE
        Claim No:  00083223

Dear RONA YOUNG:

I am continuing my investigation of your claim for disability income benefits with Standard Insurance Company (The Standard).  In order to complete my investigation, I must analyze all pertinent medical, vocational, and financial information.

Additional information that is needed to process your claim has been requested.  When all information has been received and reviewed, I will make a decision on your claim as quickly as possible.  You may help by providing any information that I may request from you.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Carrie Copenhagen
Dis Ben Analyst
800-368-1135  ext. 6728



April 4, 2005

RONA YOUNG
4000 MIDVALE AVE
OAKLAND, CA  94602

Re:    PERALTA COMMUNITY-COLLEGE
       Claim No:  00083223

Dear RONA YOUNG:

I am continuing my investigation of your waiver of premium claim with Standard Insurance Company (The Standard).  If approved, this means your life insurance coverage will continue without payment of premium.  You may help by providing any information that I may request from you.  When a decision has been made you will be promptly notified.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Carrie Copenhagen
Dis Ben Analyst
800-368-1135  ext. 6728



To: Nancy Pak, Carol Green & Jennifer Scriber

From: Rona Young

Re: Disability Claim

Date: 11 April 2005

Attached are doctor's certifications from Dr. Ken Hsu and a claim follow-up from Standard Insurance.

Dr. Hsu has a certification for last week excusing work, as well as taking me off from work until May 2, 2005 when I would resume my reduced schedule.

I do intend to keep my medical benefit

Please let Ms. Bragg (whom you will receive a phone call or email from today) know when SCBHA should pay me directly for the April disbursements.

I also need more information about FMLA.



Rona Young
4000 Midvale Avenue
Oakland, CA 94602
(510) 336-0594 Home/ Facsimile
(510) 302-5577
Youngideals@comcast.net

April 15, 2005

*SENT VIA FACSIMILE AND HAND DELIVERY*

Trudy Largent, Esq.
Vice Chancellor of Human Resources
Peralta Community College District
333 E. Eighth Street
Oakland, CA 94606

RE:   Request to Enact the Catastrophic Leave Banking from SEIU 790 Members

Dear Ms. Largent:
My correspondence is a written request to enact the SEIU 790 (790) contract provision to request donations from 790 members' sick or vacation leave for Catastrophic Leave pursuant to today's the instructions from Nancy Pak.

This week Human Resources staffers Nancy Pak and Jennifer Seibert held a telephonic conference with me to inform me that though I am on my industrial leave under the provisions of Ms. Pak's letter of April 7, 2005, I will exhaust my leave bank as of April 29, 2005.

They further informed me that I would have to remit payment for medical and dental coverage, as well as the District would then place me on a 39-month Reemployment List as of May 1, 2005. Because this new information was provided verbally with little time to respond before the May 1, 2005, I have not had the benefit of due process or the time to receive responses from my fellow members.

Would you please give me a call at (510) 302-5577 to schedule an appointment with my Merritt College Site Steward Pamela Price and 790 representative Ben Holgate.

My Best,

Rona Young

Cc:   Pamela Price

04/22/2005  11:01    5104362407          MERRITT COLLEGE                    PAGE  01

APR 2 2 2005  copy c screen, Regularing
+ transmit
to Ken
by Sopert

## San Francisco Orthopaedic Surgeons
## Medical Group Inc.

Joseph Haggerty, M.D. • James Zucherman, M.D. • William McGann, M.D.
Ken Y. Hsu, M.D. • William Montgomery, III, M.D. • Matthew D. Hannibal, M.D.
Peter A. Badua, PA-C • Mylinh Bui, PA-C • John H. Kim PA-C

One Shrader Street, Suite 650              One Shrader Street, 4th Floor
San Francisco, CA 94117                    San Francisco, CA 94117
Telephone (415) 221-0865                   Telephone (415) 750-5835
                                           (415) 750-5838

Name  _Rona Young_                    Date  4/21  20 05

Address _____

℞  return to work 4/25/05
    4 hrs a day
    no lifting over 10 lb

                              Ken H_____  M.D.

Reg.  No. AW  4723351
Reg.  No. AW  1402471
Reg.  No. AH  4745850
Reg.  No. AZ  1600130
Reg.  No. AM  2870222
Reg.  No. BH  0897181
Reg.  No. BM  2871445
Reg.  No. BH  7755676
Reg.  No. MB  0687284
Reg.  No. MB  1056325
Reg.  No. MK  1095026

To: Nancy Pak

    466 7280

From: Rona Young



# PHYSICAL THERAPY PRESCRIPTION

Ken Y. Hsu, M.D.
San Francisco Orthopaedic Surgeons Medical Group, Inc.
St. Mary's Spine Center

One Shrader Street, #450      (415) 750-5836
San Francisco, CA 94117      fax (415) 750-8103

PLEASE FAX OR MAIL REPORT WITH CONTINUING TREATMENT RECOMMENDATIONS

NAME K. R. Young      DATE 5/16

DIAGNOSIS _LABAK _____

PRECAUTIONS _____

- [x] EVALUATION AND TREATMENT
- [ ] EVALUATION AND REPORT, ONLY

OTHER:
- [x] STABILIZATION IN: { 
  - [ ] FLEXION
  - [x] NEUTRAL
  - [ ] EXTENSION
}

- [ ] SPORTS TRAINING
- [ ] JOB ERGONOMICS
- [ ] POSTURAL ADJUSTMENT
- [ ] MODALITIES
- [ ] WORK CAPACITY EVALUATION
- [ ] TRACTION
- [ ] HOME TRACTION

- [ ] SOFT TISSUE MOBILIZATION
- [ ] TREAT RIB DYSFUNCTION
- [ ] GYM TRAINING
- [ ] PILATES TRAINING
- [ ] POOL PROGRAM
- [ ] BODY MECHANICS TRAINING
- [ ] HOME EXERCISE PROGRAM

2 TIMES A WEEK X 8 WEEKS

_____
PHYSICIAN SIGNATURE

*Custom* Orthopedic Appliances, inc.

340 DIVISADERO STREET
SAN FRANCISCO, CALIF. 94117

PLEASE CALL FOR AN APPOINTMENT 852-1330
FAX: 861-2955

Integrated Pain Mgmt Grp

Dr.

HOPEDIC APPLIANCES

RGICAL SUPPORTS       Jacob
Rosenberg

925 - 687 8806
2485 HighSchool Ave Ste 201
Concord, CA 94520                    M.D.

**To:**
**Nancy Pak**
**Brenda Brags**
**From:**
**Rona Young**

2-16-05

APR 18 2005 C. Green Park retirement
C & I Haggett
W. Jong

### San Francisco Orthopaedic Surgeons
### Medical Group Inc.

Gar Wynne, M.D. • Richard Welch, M.D. • Joseph Haggerty, M.D.
James Zucherman, M.D. • William McGann, M.D. • Ken Y. Hau, M.D.
William Montgomery, III, M.D. • Kenneth H. Akizuki, M.D.
Peter A. Badua, PA-C

One Shrader Street, Suite 650          One Shrader Street, 4th Floor
San Francisco, CA 94117               San Francisco, CA 94117
Telephone (415) 221-0865              Telephone (415) 750-5835
                                      (415) 750-5838

Name  Mr Rona Young          Date 5/16  20 05

Address

Rx  please allow

4 HOURS/day

3 days / WEEK

2 months

No lifting 8 more than 10 lb

Reg.  No. AW  4723361
Reg.  No. AW  1402471
Reg.  No. AH  4745850
Reg.  No. AZ  1800130
Reg.  No. AM  2870322
Reg.  No. BH  0587191
Reg.  No. BH  2871445
Reg.  No. BA  4925985
CA Lic. No. PA  12371                                M.C

To Nancy Pak
Sent: 7/11 & 8/17/05
From: Rona Young

## San Francisco Orthopaedic Surgeons Medical Group Inc.

Gar Wynne, M.D. • Richard Welch, M.D. • Joseph Haggerty, M.D.
James Zucherman, M.D. • William McGann, M.D. • Ken Y. Hsu, M.D.
William Montgomery, III, M.D. • Kenneth H. Akizuki, M.D.
Peter A. Badua, PA-C

One Shrader Street, Suite 650
San Francisco, CA 94117
Telephone (415) 221-0665
Fax (415) 221-4023

One Shrader Street, 4th Floor
San Francisco, CA 94117
Telephone (415) 750-5835
(415) 750-5836

Name _____ Date 6-25-05

Diagnosis _____

Total Rehabilitation: ROM, strength, modalities, home program
As per Protocol
Other

Frequency: DAILY  3x/WK  2x/WK  1x/WK   Duration ___ WKS

_____ M.D.

## San Francisco Orthopaedic Surgeons Medical Group Inc.

Gar Wynne, M.D. • Richard Welch, M.D. • Joseph Haggerty, M.D.
James Zucherman, M.D. • William McGann, M.D. • Ken Y. Hsu, M.D.
William Montgomery, III, M.D. • Kenneth H. Akizuki, M.D.
Peter A. Badua, PA-C

One Shrader Street, Suite 650
San Francisco, CA 94117
Telephone (415) 221-0665

One Shrader Street, 4th Floor
San Francisco, CA 94117
Telephone (415) 750-5835
(415) 750-5836

Name _____ Date 6-25-05

Address _____

Rx

### CERTIFICATE
### FOR RETURN TO SCHOOL OR WORK

San Francisco Orthopaedic Surgeons Medical Group Inc.

_____ has been under
my care from 6/11/05 to present

and is able to return to school/work on 7/11/05

Limitations/Remarks: _____

Dr. William McGann

Address: 1 Shrader Str #650
         San Francisco, CA 94117
Phone (415) 221-0665  Date 6/29/05

## San Francisco Orthopaedic Surgeons
## Medical Group Inc.

Joseph Haggerty, M.D. • James Zucherman, M.D. • William McGann, M.D.
Ken Y. Hsu, M.D. • William Montgomery, III, M.D. • Matthew D. Hannibal, M.D.
Peter A. Badua, PA-C • Mylinh Bui, PA-C • John H. Kim PA-C

One Shrader Street, Suite 650
San Francisco, CA 94117
Telephone (415) 221-0665

One Shrader Street, 4th Floor
San Francisco, CA 94117
Telephone (415) 750-5835
(415) 750-5836

Name _Irma Young_ Date _8/6_ 20 _05_

Address _____

Rx

4 hr/d
5d/wk
til Dec 1

Reg. No. AW 4723361
Reg. No. AW 1402471
Reg. No. AH 4745850
Reg. No. AZ 1600130
Reg. No. AM 2870322
Reg. No. BH 0887181
Reg. No. BM 2871445
Reg. No. BH 7755078
Reg. No. MB 0887294
Reg. No. MB 1058325
Reg. No. MK 1098026

_____ M.D.

### (right column, partially visible)

ic Surgeons
nc.

• William McGann, M.D.
• Matthew D. Hannibal, M.D.
• John H. Kim PA-C

One Shrader Street, 4th Floor
San Francisco, CA 94117
Telephone (415) 750-5835
(415) 750-5836

Date _8/6_ 20 _05_

d/wk

_____ M.D.

RECEIVED

SEP 21 2005

OFFICE OF HUMAN RESOURCES
PERALTA COMMUNITY COLLEGE DISTRICT

09/29/2005  15:08   5103360594                    RONA YOUNG                        PAGE  01

IPM MEDICAL GROUP, INC.
JACOB ROSENBERG, M.D.
LAWRENCE WEIL, M.D.
KASRA AMIRDELFAN, M.D.
FRANCIS PECORARO, M.D.
HOWARD ROME, PH.D.
DOUGLAS GRANT, M.D.
ANDREW SLUCKY, M.D.

FACSIMILE TRANSMITTAL SHEET

TO: _Nancy Park_          FROM: _Jacob Rosenberg_

COMPANY: _IPM_            DATE: _29 Sept 05_

FAX NUMBER:               TOTAL NO. OF PAGES INCLUDING COVER:

PHONE NUMBER:             SENDER'S PHONE NUMBER:
                          925 691 9806

RE: _RONA Young_          SENDER'S FAX NUMBER:
                          925 691 9807

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Increase to 6hs/DAy

5 Days week

lifting limit 20 pounds

Please call + questions
(P 510 892-346.

The documents accompanying this transmission contain confidential health care information that is legally privileged. This information is intended for the individual or entity above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you have received this transmission in error, please contact sender immediately.

2485 HIGH SCHOOL AVE., STE. 201, CONCORD, CA  94520

10/14/2005  14:41    4352514                    MERRITT COLLEGE                    PAGE  01

10/17 C: Risk mgmt

10/17/05
Richard —
One ergonomic question
is for you. *Doug*

# IPM MEDICAL GROUP, INC.

### JACOB ROSENBERG, M.D.
### LAWRENCE WEIL, M.D.
### KASRA AMIRDELFAN, M.D.
### DOUGLAS GRANT, M.D.
### KENNETH KIM, M.D.
### HOWARD ROME, PH.D.

## FACSIMILE TRANSMITTAL SHEET

TO: **Nancy Pak**

FROM:

COMPANY:

DATE: **10-13-05**

FAX NUMBER: **466 7280**

TOTAL NO. OF PAGES INCLUDING COVER:

PHONE NUMBER:

SENDER'S PHONE NUMBER: **(510) 521-5181**

RE: **Rona Young**

SENDER'S FAX NUMBER: **(510) 521-5184**

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☑ PLEASE RECYCLE

NOTES/COMMENTS:

Please supply me with ergonomic
evaluation and
compliance to date

Patient should work 6hrs
May add 30 min break total
~~Time~~ (6hr 30min). ie pt arrives
at 930 leaves at 4pm

The documents accompanying this transmission contain confidential health care information that is legally privileged. This information is intended for the individual or entity above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you have received this transmission in error, please contact sender immediately.

2430 Mariner Square Loop, Suite C  Alameda, CA 94501

To: Nancy Pak

To: Carmen

From: Rona

10/10/05

FAXED TO ADAMS 3-4-2010 Item 1-
cc: PA

# WEBSTER ORTHOPAEDIC MEDICAL GROUP

☐ 80 Grand Ave, #400 Oakland, California 94612 (510) 238-1200
☐ 5801 Norris Canyon Road, #210 San Ramon, California 94583 (925) 355-7350

## WORK / SCHOOL STATUS REPORT

Patients Name  Rona Young                                Date   4/29/2010

Employer / School  Peralta Community College District
Date of Injury       8/25/2009
Current Diagnosis  715.16   OSTEOARTHROSIS LOCALIZED PRIMARY INVOLVING LOWER
                             LEG

### TODAY'S TREATMENT

Other services prescribed by Attending Physician (indicate all applicable):
    a.  No other services authorized_____
    b.  Services ordered:   ☐ MRI   ☐ EMG   ☐ BONESCAN
    c.  Physical Therapy:   ☐ YES   ☐ No
    d.  Other services:_____

### WORK/ACTIVITY STATUS

1.  Patient may return to full duty/activities with no restrictions on:_____
2.  Patient may return to work/activities with:
        ☐ limitations  ☐ light/modified duty/activities  Date:_
Number of hours per day:
      Typing limited to ___ hrs.    Lifting limited to _____ lbs.
Limited:   ☐ Twisting   ☐ Bending   ☐ Stooping   ☐ Kneeling
          ☐ Pinching   ☐ Climbing   ☐ Pulling   ☐ Grasping
          ☐ Walking   ☐ Standing   ☐ Overhead work
          ☐ Other limitaitons _____
3.  Patient is temporarily disabled until:   Date: _____
4.  Next Appointment: _____

### SPECIAL INSTRUCTIONS

_____Due to upcoming knee surgery Ms Young will be out of work until she has
completed her post operative recovery. This may be up to 3-4 months after surgery up to
9/2010. We will reevaluate at intervals as indicated.

Signature:
State License No:  C27264                                Date:  4/29/2010

aima Community College _____
fice of Human Resources
3 East Eighth Street
akland, CA 94606

CalPERS
Benefit Services Division
P.O. Box 2796
Sacramento, CA   95812-2796



*copy*

## California Public Employees' Retirement System

## AMENDED EMPLOYER CERTIFICATION

| TO: CALPERS<br>P.O. BOX 942711<br>SACRAMENTO, CA 94229-2711 | From Agency Code and Name<br><br>Peralta Community College | |
|---|---|---|
| Member Name<br><br>Rona Young | Social Security Number<br><br>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 | Retirement Date<br><br>11/10/2010 |

| Employee's Last Day on Payroll | Employee's Separation Date |
|---|---|
| 11 / 09 / 2010 | 11 / 09 / 2010 |

Balance of unused sick leave days    – 0 –

Balance of educational leave credits    n/a

_____
**Employer Signature**

11/10/2010
_____
**Date**

HR Generalist
_____
**Title**

510/466-7386
_____
**Telephone Number**

BSD-200A



# Report of Separation and Advance Payroll Information

### CalPERS

888 CalPERS (or 888-226-7377) • TTY for Speech and Hearing Impaired: (916) 795-3240

Employer: Please complete this form as soon as possible and return to CalPERS.

**Section 1**

Your cooperation in immediately providing an advance estimate of the requested information is critical for us to make accurate payment at the earliest possible date.

## Employing Agency and Member Information

Peralta Community College District
*Name of Employing Agency*

This member has applied for disability retirement.

FONA  YOUNG
*Name of Member (First Name / Middle Initial, Last Name)*

$\quad$ 514 IL S668
*Social Security Number*

11/10/2010
*Separation Date (mm/dd/yyyy)*

**Section 2**

Last day on pay status will be upon expiration of accrued sick leave or compensated time off.

## Effective Separation or Termination Dates

11/9/2010
*Scheduled Date (mm/dd/yyyy)*

11/10/2010
*Termination Date (mm/dd/yyyy)*

11/09/2010
*Last Day on Pay Status (mm/dd/yyyy)*

Leave of Absence With Compensation

Fully paid: Industrial Leave, Sick, Floating Holidays and vacation.

1/15/2010
*Beginning Date (mm/dd/yyyy)*

11/9/2010
*Ending Date (mm/dd/yyyy)*

*Type of Compensation*

Explain the difference between the date of separation and last day on pay status, if any.

**Section 3**

## Unused Sick Leave at Time of Separation

Accumulated hours must be converted to days using the appropriate conversion factor applicable to each employee's individual classification or position. Calculate to three decimal places.

Balance of unused sick leave hours at time of separation: 0 *Hours* 0 *Days*

**Section 4**

## Certification of Employer

The above information is based on payroll information currently available.

*Signature*  XXXXXXXX

HR Generalist
*Title*

11/10/2010
*Date (mm/dd/yyyy)*

(510)  466-7386
*Phone Number*

Nov-10-2010  09:11am   From-                              T-064  P.001/002  F-580



# Physical Requirements of
# Position/Occupational Title

**CalPERS**   888 CalPERS (or 888-225-7377) - TTY for Speech and Hearing Impaired: (916) 795-3240 • Fax: (916) 795-1280

| Section 1 | Member Information | | |
|---|---|---|---|
| This form must be completed by the member and their employer to supplement, if any, the physical requirements listed on the member's duty statement/job description. | Name of Member (first name, middle initial, last name) KONA YOUNG | | Social Security Number 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 |
| | Position/Occupational Title PUBLIC INFORMATION OFFICER | Name of Employer PERALTA COMMUNITY COLLEGE DISTRICT | |
| | Number & Street Address 333 E. 8TH ST | | |
| | City OAKLAND | State CA | Zip 94606 |

| Section 2 | Physical Requirements Information | | | | | |
|---|---|---|---|---|---|---|
| Indicate with a check mark ( ✓ ) the frequency required for each activity listed at the right. | Activity | Never | Occasionally Up to 3 hours | Frequently 3-6 hours | Constantly Over 6 hours | Distance/Height |
| | Sitting | | | | ✓ | |
| | Standing | | ✓ | | | |
| | Running | | ✓ | | | |
| | Walking | | ✓ | | | |
| | Crawling | | ✓ | | | |
| | Kneeling | | ✓ | | | |
| | Climbing | | ✓ | | | |
| | Squatting | | ✓ | | | |
| | Bending (neck) | | | ✓ | | |
| | Bending (waist) | | | ✓ | | |
| | Twisting (neck) | | | ✓ | | |
| | Twisting (waist) | | | ✓ | | |
| | Reaching (above shoulder) | | | ✓ | | |
| | Reaching (below shoulder) | | | ✓ | | |
| ⇨ | Pushing & Pulling | | ✓ | | | |
| | Fine Manipulation | | | ✓ | | |
| | Power Grasping | | | ✓ | | |
| | Simple Grasping | | | ✓ | | |
| | Repetitive use of hand(s) | | | | ✓ | |
| | Keyboard Use | | | | ✓ | |
| | Mouse Use | | | | ✓ | |
| | Lifting/Carrying | | | | | |
| | 0 – 10 lbs. | | | ✓ | | |
| | 11 – 25 lbs. | | | ✓ | | |
| ⇨ | 26 – 50 lbs. | | ✓ | | | |
| | 51 – 75 lbs. | | ✓ | | | |
| | 76 – 100 lbs. | | ✓ | | | |
| | 100 + lbs. | | ✓ | | | |

Continued on page 2.

PERS0000000000   (6/07)                           Page 1 of 2

Nov-10-2010  09:11am   From-                                          T-084  P.002/002  F-880

CalPERS Benefit Services Division • P.O. Box 2796, Sacramento, California 95812-2796

Put your name and Social Security number at the top of every page.

Your Name: RONA YOUNG        Social Security Number: 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

## Physical Requirements, continued

Indicate with a check mark (✓) the frequency requirement each is listed in ...

#Excluding to from work

| Activity | Never | Occasionally Up to 3 hours | Frequently 3-6 hours | Constantly Over 6 hours | Distance/ Height |
|---|---|---|---|---|---|
| Walking on uneven ground | | ✓ | | | |
| Driving | | ✓ | | | |
| Working with heavy equipment | | | | | |
| Exposure to excessive noise | | | | | |
| Exposure to extreme temperature, humidity, wetness | | ✓✓ | | | |
| Exposure to dust, gas, fumes, or chemicals | | | | | |
| Working at heights | | | | | |
| Operation of foot controls or repetitive movement | | | | | |
| Use of special visual or auditory protective equipment | | | | | |
| Working with bio-hazards (e.g., blood-borne pathogens) | | | | | |

I, Rona Young, have worked at Merritt College for at least 14 years since 1996 with duties and responsibilities that are not represented completely in this documentation. Having been Merritt's Public Information Officer for five presidents, Dr. Adams was my last supervisor at the time of my industrial injury on August 25, 2009. I worked with him from July 2007 to May 2010 at Merritt College. I have never worked at College of Alameda.  Dr. Adams eliminated my position at Merritt during my industrial leave and informed me of his decision while I was in the hospital recovering from total knee replacement May 4 – 7th. I was transferred to the College of Alameda this year while on industrial leave.  I have never formally been supervised by Dr. Jackson, the President of College of Alameda.  Therefore, I have placed a ▭ next to the areas that differ in my opinion based on my experience working at Merritt College from 1996 to 2010; noted are double check marks to verify the level of "Activity" experienced.

### Signature of Employer and Member

The employer must give the member a copy of this form (once completed and signed by both parties). The employer then sends the original to CalPERS. The member must attach their current duty statement/job description and copy of the Physical Requirements of Position/ Occupational Title form to the Physician's Report on Disability prior to sending to their physician.

Signature of Employer/Representative: _____ President
11/10/10   JANNETT N. Jackson    (510) 748-2273

Rona Young    510.502.9229   11/12/2010

REMARKS NOTED ABOVE