UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONA YOUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT, et al.,<br><br>        Defendants. | Case No.  14-cv-05351-JD<br><br>**ORDER RE MOTION TO CONTINUE**<br><br>Re: Dkt. Nos. 22, 23 |

In light of the pro se plaintiff's medical issues, the Court extends her time to oppose the motion to dismiss to May 27, 2015. The Court will take the motion under submission without a hearing pursuant to Local Rule 7-1(b).

**IT IS SO ORDERED.**

Dated: April 20, 2015

_____
JAMES DONATO
United States District Judge