UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONA YOUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT, et al.,<br><br>        Defendants. | Case No. 14-cv-05351-JD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

At the parties' request and in light of the plaintiff's pro se status, the Court vacates the May 13, 2015 case management conference.

**IT IS SO ORDERED.**

Dated: May 6, 2015

_____
JAMES DONATO
United States District Judge