UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONA YOUNG,<br><br>       Plaintiff,<br><br>   v.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT, et al.,<br><br>       Defendants. | Case No. 14-cv-05351-JD<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND EXTENDING DISCOVERY DEADLINE PENDING APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. Nos. 44-50 |

Pro se plaintiff Rona Young has requested the appointment of limited-scope pro bono counsel to handle depositions of Merritt College employees. Dkt. Nos. 45-46. In the interest of justice and for good cause, the Court refers plaintiff Young to the Federal Pro Bono Project ("Project") using a modified version of the referral form:

1. The Clerk will forward the referral order to the San Francisco Project. The scope of this referral is for:

    ( ) <u>all purposes</u> for the duration of the case

    ( X ) the <u>limited purpose</u> of representing the litigant in the course of

       ( )  mediation

       ( )  early neutral evaluation

       ( )  settlement conference

       ( )  briefing  ( ) and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

       ( X )  discovery: Depositions of Merritt College President Dr. Robert Adams and Risk Manager Gregory Valentine.

       ( )  other:

1   When an attorney has been located to represent Young, the Court will appoint that attorney
2   as counsel for Young in this matter for this limited scope of representation.  The Court will issue
3   an order relieving the volunteer attorney from the limited representation of the litigant once those
4   purposes have been fulfilled.  The attorney and Young are free, of course, to continue the
5   representation if they mutually agree to that.

6   In light of pro se plaintiff's request (Dkt. No. 44) and these proceedings, the Court extends
7   the fact discovery deadline at least until July 22, 2016.  The Court will finalize the fact discovery
8   deadline after the Project reports back to the Court on identification of counsel for Young.
9   Young's request to appear telephonically for a hearing on her motion requesting pro bono counsel
10  (Dkt. No. 50) is terminated as moot.

11  **IT IS SO ORDERED.**

12  Dated: June 7, 2016

_____
JAMES DONATO
United States District Judge