UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONA YOUNG,<br><br>    Plaintiff,<br><br>  v.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT, et al.,<br><br>    Defendants. | Case No.  14-cv-05351-JD<br><br>**ORDER RE CASE SCHEDULE**<br><br>Re: Dkt. No. 52 |

On June 7, 2016, the Court extended the fact discovery deadline until July 22, 2016 to accommodate a referral for pro bono counsel, among other reasons.  *See* Dkt. Nos. 44, 51. Defendant requests an extension of other deadlines and a continuance of the trial.  Dkt. No. 52. Plaintiff opposes.  Dkt. No. 53.  Pending resolution of the referral for counsel, the Court vacates the expert discovery and dispositive motion deadlines.  The November 2, 2016 pretrial conference and November 14, 2016 trial date will remain on calendar for now.  The Court may reset the trial schedule if pro bono counsel is found for Young but the parties are advised that they should not count on that.

**IT IS SO ORDERED.**

Dated: June 9, 2016

JAMES DONATO
United States District Judge