| | |
|---|---|
| 1 | RONA YOUNG |
| 2 | 131 Royal Crest Drive<br>Columbia, SC 29229 |
| 3 | Telephone: (803) 542-3050<br>Facsimile: (803) 828-4551 |
| 4 | youngideals.rona@gmail.com |
| 5 | PRO SE PLAINTIFF |
| 6 | ALYSON S. CABRERA  (SBN: 222717)<br>HIEU T. WILLIAMS  (SBN: 280585) |
| 7 | GORDON & REES SCULLY MANSUKHANI LLP<br>275 Battery Street, Suite 2000 |
| 8 | San Francisco, CA 94111<br>Telephone: (415) 986-5900 |
| 9 | Facsimile: (415) 986-8054<br>ACABRERA@GORDONREES.COM |
| 10 | HWILLIAMS@GORDONREES.COM |
| 11 | Attorneys for Defendant<br>PERALTA COMMUNITY COLLEGE DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONA YOUNG, an individual, | ) | CASE NO.  CV 14-05351 JD |
| | ) | |
| Plaintiff, | ) | **JOINT PROPOSED** |
| | ) | **JURY INSTRUCTIONS** |
| vs. | ) | **FOR TRIAL** |
| | ) | |
| | ) | **Trial Date:   February 27, 2017** |
| PERALTA COMMUNITY COLLEGE DISTRICT, DR. ROBERT ADAMS, | ) | **Time:            9:00 a.m.** |
| GREGORY VALENTINE, YORK RISK | ) | **Place:  Courtroom 11, 19th Floor** |
| SERVICES GROUP, ARTHUR LONDON, | ) | **450 Golden Gate Ave.** |
| Defendants. | ) | **San Francisco, CA 94102** |
| | ) | |
| | ) | Hon. Judge James Donato |
| | ) | |
| | | Complaint Filed: December 5, 2014 |

Pursuant to the Standing Order for Civil Trials Before Judge James Donato, Plaintiff RONA YOUNG ("Plaintiff"), appearing Pro Se, and Defendant PERALTA COMMUNITY COLLEGE DISTRICT ("Defendant"), hereby submit the following Proposed Jury Instructions for Trial:

| STIPULATED Instruction No. | Description |
| --- | --- |
| 1.3 | Duty of Jury |
| 1.5 | Claims and Defenses |
| 1.6 | Burden of Proof —Preponderance of the Evidence |
| 1.9 | What is Evidence |
| 1.10 | What is Not Evidence |
| 1.11 | Evidence for Limited Purpose |
| 1.12 | Direct and Circumstantial Evidence |
| 1.13 | Ruling on Objections |
| 1.14 | Credibility of Witnesses |
| 1.15 | Conduct of Jury |
| 1.16 | Publicity During Trial |
| 1.18 | Taking Notes |
| 1.20 | Bench Conferences and Recesses |
| 1.21 | Outline of Trial |
| 2.2 | Stipulations of Fact |
| 2.3 | Judicial Notice |
| 2.9 | Impeachment Evidence—Witness |
| 2.12 | Use of Request for Admission |
| 1.4 | Duty of Jury |
| 3.1 | Duty to Deliberate |
| 3.2 | Consideration of Evidence—Conduct of the Jury |
| 3.3 | Communication With Court |
| 3.4 | Readbacks or Playbacks |
| 3.6 | Additional Instructions of Law |
| 12.1 | ADA Employment Actions—Elements |
| 10.11 | "Adverse Employment Action" |
| 10.13 | "Constructive Discharge" Defined |
| 12.2 | ADA—Physical or Mental Impairment |
| 12.3 | ADA—Work as a Major Life Activity |
| 12.5 | ADA—Qualified Individual |
| 12.6 | ADA—Ability to Perform Essential Functions—Factors |
| 12.7 | ADA—Reasonable Accommodation |

| STIPULATED Instruction No. | Description |
|---|---|
| 12.8 | ADA—Undue Hardship |
| 12.11 | ADA—Defenses—Direct Threat |
| 5.1 | Damages—Proof |
| 5.2 | Measures of Types of Damages |
| 5.3 | Damages—Mitigation |
| 5.4 | Damages Arising in the Future—Discount to Present Cash Value |
| 3.5 | Return of Verdict |

ADDITIONAL PROPOSED STIPULATED INSTRUCTION:

No. 1 - SPECULATIVE DAMAGES NOT PERMITTED

Do not award Rona Young speculative damages, which means compensation for future loss or harm which, although possible, is conjectural or not reasonably certain.

However, if you determine that Ms. Young is entitled to recover, you should compensate her for loss or harm caused by the injury in question which must be reasonably certain to be suffered in the future.

Source: BAJI 14.60

## No. 2. - NO PUNITIVE DAMAGES

You must not include in your award any damages to punish or make an example of the Peralta Community College District.  Such damages would be punitive damages, and they cannot be a part of your verdict.  You must award only the damages that fairly compensate Rona Young for her loss.

Source: CACI 3924, Gov. Code Section 818

Dated:  January 26, 2017

By:      */S/ Rona Young*
      RONA YOUNG
      PRO SE PLAINTIFF

Dated:  January 26, 2017    GORDON & REES SCULLY MANSUKHANI LLP

By:      */S/ Hieu T. Williams*
      ALYSON S. CABRERA
      HIEU T. WILLIAMS
Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT