1  RONA YOUNG
2  131 Royal Crest Drive
   Columbia, SC 29229
3  Telephone: (803) 542-3050
   Facsimile: (803) 828-4551
4  youngideals.rona@gmail.com

5  PRO SE PLAINTIFF

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | RONA YOUNG, an individual,                    ) CASE NO.  CV 14-05351 JD
   |                                               )
13 |                                               )
   |                        Plaintiff,             ) **PLAINTIFF'S PROPOSED VERDICT**
14 |                                               ) **FORM FOR TRIAL**
   |     vs.                                       )
15 |                                               ) **Trial Date:    February 27, 2017**
   |                                               ) **Time:          9:00 a.m.**
16 | PERALTA COMMUNITY COLLEGE                     ) **Place:  Courtroom 11, 19th Floor**
   | DISTRICT, DR. ROBERT ADAMS,                   ) **        450 Golden Gate Ave.**
17 | GREGORY VALENTINE, YORK RISK                  ) **        San Francisco, CA 94102**
   | SERVICES GROUP, ARTHUR LONDON,                )
18 |                                               )
   |                        Defendants.            ) Hon. Judge James Donato
19 |                                               )
   |                                               ) Complaint Filed: December 5, 2014

20

21      Pursuant to the Standing Order for Civil Trials Before Judge James Donato, Plaintiff

22 RONA YOUNG ("Plaintiff"), appearing Pro Se, and Defendant PERALTA COMMUNITY

23 COLLEGE DISTRICT ("Defendant"), hereby submit the following Proposed Verdict Form for

24 Trial:

25                           **PROPOSED VERDICT FORM**

26      We answer the questions submitted to us as follows:

27      1.      Did Defendant Peralta Community College fail to provide Plaintiff Rona Young
   with a reasonable accommodation for her August 25, 2009 injury?
28

-1-

JOINT PROPOSED VERDICT FORM FOR TRIAL - CASE NO. CV 14-05351 JD

    ____ Yes  ____ No

    Proceed to question 2.

  2. Did Defendant Peralta Community College fail to engage in the interactive process with Plaintiff Rona Young regarding her August 25, 2009 injury?

    ____ Yes  ____ No

    Proceed to question 3.

  3. Did Defendant Peralta Community College intentionally create intolerable working conditions after she suffered an injury on August 25, 2009 such that a reasonable person in Plaintiff Rona Young's position would feel they had not choice but to retire?

    ____ Yes  ____ No

If you answered yes to any (or all) of questions 1, 2, or 3, please proceed to question 4. If you answered no to questions 1, 2, and 3, answer no further questions and have the presiding juror sign and date this form.

  4. Was Plaintiff Rona Young harmed by Defendant Peralta Community College's conduct described in questions 1, 2, or 3?

    ____ Yes  ____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

  5. Was Defendant Peralta Community College's conduct a substantial factor in causing Plaintiff Rona Young harm?

    ____ Yes  ____ No

If your answer to question 5 is yes, then answer question 6.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

     6.     What are Plaintiff Rona Young's damages:

           Past economic       $_____

           Future economic     $_____

           Past Noneconomic   $_____

           Future Noneconomic  $_____

Stop here and have the presiding juror sign and date this form.

Signed: _____
            Presiding Juror

Dated: _____

     After it has been signed and dated, deliver this verdict form to the clerk.

Dated:  January 26, 2017

                                    By:   /s/ Rona Young_____
                                           RONA YOUNG
                                           PRO SE PLAINTIFF